```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KEVIN C. KHASIGIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-MC-00086-KJM-DAD |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY 26,973.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Ngek You ("claimant"), by and through their respective counsel, as follows:

1. On or about August 17, 2011, claimant Ngek You filed a claim, in the administrative forfeiture proceedings, with the Department of Homeland Security (U.S. Customs and Border Protection) with respect to the approximately $26,973.00 (hereafter the "defendant currency"), which was seized on May 18, 2011.

2. The Department of Homeland Security has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. §

1 983(a)(2)(A)-(E), and no person other than the claimant has filed a
2 claim to the defendant currency as required by law in the
3 administrative forfeiture proceeding.

4    3. Under 18 U.S.C. § 983(a)(3)(A), the United States is
5 required to file a complaint for forfeiture against the defendant
6 currency and/or to obtain an indictment alleging that the defendant
7 currency is subject to forfeiture within ninety days after a claim
8 has been filed in the administrative forfeiture proceedings, unless
9 the court extends the deadline for good cause shown or by agreement
10 of the parties.  That deadline is currently November 16, 2011.

11    4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
12 by agreement to extend to February 14, 2012, the time in which the
13 United States is required to file a civil complaint for forfeiture
14 against the defendant currency and/or to obtain an indictment
15 alleging that the defendant currency is subject to forfeiture.
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

 5.  Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to February 14, 2012.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATE: 10/31/2011               /s/ Kevin C. Khasigian
                                    KEVIN C. KHASIGIAN
                                    Assistant U.S. Attorney


DATE: 10/31/2011               /s/ Jose R. Valdez
                                    JOSE R. VALDEZ
                                    Attorney for Claimant Ngek You

                                    (Original signatures retained by
                                    attorney)
```

**IT IS SO ORDERED.**

DATE: November 3, 2011.

_____
UNITED STATES DISTRICT JUDGE