1 BENJAMIN B. WAGNER
United States Attorney
2 KEVIN C. KHASIGIAN
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone:  (916) 554-2700

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           ) 2:11-MC-00086-KJM-DAD
                                      )
12                Plaintiff,          ) STIPULATION AND ORDER EXTENDING
                                      ) TIME FOR FILING A COMPLAINT FOR
13      v.                            ) FORFEITURE AND/OR TO OBTAIN AN
                                      ) INDICTMENT ALLEGING FORFEITURE
14 APPROXIMATELY 26,973.00 IN         )
U.S. CURRENCY,                        )
15                                    )
                                      )
16 _____Defendant._____)

17      It is hereby stipulated by and between the United States of

18 America and claimant Ngek You ("claimant"), by and through their

19 respective counsel, as follows:

20      1.  On or about August 17, 2011, claimant Ngek You filed a

21 claim, in the administrative forfeiture proceedings, with the

22 Department of Homeland Security (U.S. Customs and Border

23 Protection) with respect to the approximately $26,973.00 (hereafter

24 the "defendant currency"), which was seized on May 18, 2011.

25      2.  The Department of Homeland Security has sent the written

26 notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to

27 all known interested parties.  The time has expired for any person

28 to file a claim to the defendant currency under 18 U.S.C. §

1  983(a)(2)(A)-(E), and no person other than the claimant has filed a

2  claim to the defendant currency as required by law in the

3  administrative forfeiture proceeding.

4       3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is

5  required to file a complaint for forfeiture against the defendant

6  currency and/or to obtain an indictment alleging that the defendant

7  currency is subject to forfeiture within ninety days after a claim

8  has been filed in the administrative forfeiture proceedings, unless

9  the court extends the deadline for good cause shown or by agreement

10 of the parties.  That deadline is currently November 16, 2011.

11      4.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish

12 by agreement to extend to February 14, 2012, the time in which the

13 United States is required to file a civil complaint for forfeiture

14 against the defendant currency and/or to obtain an indictment

15 alleging that the defendant currency is subject to forfeiture.

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Stipulation and Order to Extend Time

1        5.   Accordingly, the parties agree that the deadline by which

2   the United States shall be required to file a complaint for

3   forfeiture against the defendant currency and/or to obtain an

4   indictment alleging that the defendant currency is subject to

5   forfeiture shall be extended to February 14, 2012.

6

7                                    BENJAMIN B. WAGNER
                                     United States Attorney
8

9   DATE: 10/31/2011              /s/ Kevin C. Khasigian
                                     KEVIN C. KHASIGIAN
10                                   Assistant U.S. Attorney

11

12  DATE: 10/31/2011              /s/ Jose R. Valdez
                                     JOSE R. VALDEZ
13                                   Attorney for Claimant Ngek You

14                                   (Original signatures retained by
                                     attorney)
15

16      **IT IS SO ORDERED.**

17  DATE: November 3, 2011.

18                                   _____
                                     UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Extend Time